# EXHIBIT 7

Sparta Polymers
1860 St. Rt. 718
Troy, OH 45373
Fax: 937-552-9378



# Statement

| Date |
|---|
| 12/9/2011 |

| Bill To |
|---|
| Evergreen Plastics, LLC<br>4304 Larry Lane<br>Arlington, TX  76017 |

| Amount Due | Amount Enc. |
|---|---|
| $237,303.31 | |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 04/27/2011 | INV #2549. Due 05/12/2011. Orig. Amount $26,734.05. | 26,734.05 | 26,734.05 |
| 04/29/2011 | INV #2571. Due 05/14/2011. Orig. Amount $26,345.90. | 26,345.90 | 53,079.95 |
| 04/29/2011 | INV #2572. Due 05/14/2011. Orig. Amount $25,857.90. | 25,857.90 | 78,937.85 |
| 05/03/2011 | INV #2577. Due 05/18/2011. Orig. Amount $26,407.51. | 26,407.51 | 105,345.36 |
| 05/13/2011 | INV #2646. Due 05/28/2011. Orig. Amount $27,025.70. | 27,025.70 | 132,371.06 |
| 05/24/2011 | INV #2689. Due 06/08/2011. Orig. Amount $24,815.50. | 24,815.50 | 157,186.56 |
| 05/25/2011 | INV #2690. Due 06/09/2011. Orig. Amount $27,768.00. | 27,768.00 | 184,954.56 |
| 06/02/2011 | INV #2713. Due 06/17/2011. Orig. Amount $27,439.75. | 27,439.75 | 212,394.31 |
| 06/10/2011 | INV #2793. Due 06/25/2011. Orig. Amount $24,909.00. | 24,909.00 | 237,303.31 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 237,303.31 | $237,303.31 |

**Sparta Polymers**
1860 St. Rt. 718
Troy, OH 45373
Fax: 937-552-9378



# Statement

| Date |
| --- |
| 12/9/2011 |

| Bill To |
| --- |
| Integrated Plastics LLC<br>1101 Armory Drive<br>Franklin, VA 23851 |

| Amount Due | Amount Enc. |
| --- | --- |
| $498,717.19 | |

| Date | Description | Amount | Balance |
| --- | --- | --- | --- |
| 04/07/2011 | INV #2486. Due 05/07/2011. Orig. Amount $27,397.50. | 23,397.50 | 23,397.50 |
| 04/07/2011 | INV #2527. Due 05/07/2011. Orig. Amount $21,422.60. | 21,422.60 | 44,820.10 |
| 04/07/2011 | INV #2535. Due 05/07/2011. Orig. Amount $17,473.92. | 17,473.92 | 62,294.02 |
| 04/08/2011 | INV #2476. Due 05/08/2011. Orig. Amount $26,105.10. | 26,105.10 | 88,399.12 |
| 04/11/2011 | INV #2490. Due 05/11/2011. Orig. Amount $26,962.65. | 26,962.65 | 115,361.77 |
| 04/12/2011 | INV #2491. Due 05/12/2011. Orig. Amount $26,520.00. | 26,520.00 | 141,881.77 |
| 04/12/2011 | INV #2492. Due 05/12/2011. Orig. Amount $26,675.50. | 26,675.50 | 168,557.27 |
| 04/13/2011 | INV #2493. Due 05/13/2011. Orig. Amount $18,244.66. | 18,244.66 | 186,801.93 |
| 04/13/2011 | INV #2494. Due 05/13/2011. Orig. Amount $22,113.08. | 22,113.08 | 208,915.01 |
| 04/15/2011 | INV #2511. Due 05/15/2011. Orig. Amount $25,700.86. | 25,700.86 | 234,615.87 |
| 04/29/2011 | INV #2575. Due 05/29/2011. Orig. Amount $26,990.28. | 26,990.28 | 261,606.15 |
| 05/02/2011 | INV #2578. Due 06/01/2011. Orig. Amount $26,455.62. | 26,455.62 | 288,061.77 |
| 05/10/2011 | INV #2621. Due 06/09/2011. Orig. Amount $25,938.25. | 25,938.25 | 314,000.02 |
| 05/16/2011 | INV #2639. Due 06/15/2011. Orig. Amount $20,539.62. | 20,539.62 | 334,539.64 |
| 05/16/2011 | INV #2640. Due 06/15/2011. Orig. Amount $27,491.75. | 27,491.75 | 362,031.39 |
| 05/16/2011 | INV #2641. Due 06/15/2011. Orig. Amount $26,408.20. | 26,408.20 | 388,439.59 |
| 05/16/2011 | INV #2647. Due 06/15/2011. Orig. Amount $29,498.00. | 29,498.00 | 417,937.59 |
| 05/19/2011 | INV #2670. Due 06/18/2011. Orig. Amount $19,910.00. | 19,910.00 | 437,847.59 |
| 05/31/2011 | INV #2705. Due 06/30/2011. Orig. Amount $27,137.50. | 27,137.50 | 464,985.09 |
| 05/31/2011 | INV #2706. Due 06/30/2011. Orig. Amount $20,654.10. | 20,654.10 | 485,639.19 |
| 05/31/2011 | INV #2719. Due 06/30/2011. Orig. Amount $13,078.00. | 13,078.00 | 498,717.19 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 498,717.19 | $498,717.19 |