# Evergreen Plastics LLC

4304 Larry Lane     817.557.0019 Phone
Arlington, TX 76017     817.557.0020 Fax

# Invoice

| DATE | NUMBER |
|---|---|
| 4/4/11 | 163 |

| BILL TO | SHIP TO |
|---|---|
| SUPERMERCADOS INTERNACIONALES HEB, S.A. D<br>EMILIO ZOLA NO. 743 COL. OBISPADO<br>MONTERREY, NUEVO LEON MEXICO 64060<br>R.F.C. SIH-951127-9T7 | SUPERMERCADOS INTERNACIONALES HEB, S.A. D<br>426 LOGISTICS DR.<br>LAREDO, TX 78045<br>USA |

| PO NO. | VIA | BOL | FOB | TERMS | DUE DATE |
|---|---|---|---|---|---|
| MX-550-ED-ALM1 | | | | Net 30 | 5/4/11 |

| Description | U/M | Price | Quantity | Amount |
|---|---|---|---|---|
| 10 Gallon Tote | Each | 3.18 | 1,050 | 3,339.00 |
| 18 Gallon Tote | Each | 3.88 | 1,080 | 4,190.40 |
| 32 Gallon Trash Can | Each | 8.18 | 780 | 6,380.40 |
| 45 Gallon Trash Can | Each | 12.98 | 216 | 2,803.68 |

Evergreen Tax ID 27-1583079

**Total**     $16,713.48

**Remit to:**
**Evergreen Plastics LLC**
**4304 Larry Lane**
**Arlington, TX 76017**

All invoices not paid within the payment terms will be subject to interest and fees for collection up to the maximum allowed by law.

Sparta Moldings 000896