**Evergreen Plastics LLC**

4304 Larry Lane 817.557.0019 Phone
Arlington, TX 76017 817.557.0020 Fax

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/4/11 | 163 |

**BILL TO:**
SUPERMERCADOS INTERNACIONALES HEB, S.A. D
EMILIO ZOLA NO. 743 COL. OBISPADO
MONTERREY, NUEVO LEON MEXICO 64060
R.F.C. SIH-951127-9T7

**SHIP TO:**
SUPERMERCADOS INTERNACIONALES HEB, S.A. D
426 LOGISTICS DR.
LAREDO, TX 78045
USA

| P.O. NO. | VIA | F.O.B. | TERMS | DUE DATE |
|---|---|---|---|---|
| MX-550-ED-ALM1 | | | Net 30 | 5/4/11 |

| Description | U/M | Price | Quantity | Amount |
|---|---|---|---|---|
| 10 Gallon Tote | Each | 3.18 | 1,050 | 3,339.00 |
| 18 Gallon Tote | Each | 3.88 | 1,080 | 4,190.40 |
| 32 Gallon Trash Can | Each | 8.18 | 780 | 6,380.40 |
| 45 Gallon Trash Can | Each | 12.98 | 216 | 2,803.68 |

Evergreen Tax ID 27-1583079

**Total** $16,713.48

Remit to:
Evergreen Plastics LLC
4304 Larry Lane
Arlington, TX 76017

All invoices not paid within the payment terms will be subject to interest and fees for collection up to the maximum allowed by law.

Sparta Moldings 000896

EXHIBIT 7