```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

PAUL P. PIPER, JR.,
FREEDOM PLASTICS, INC.,
EVERGREEN PLASTICS, LLC, and
NEW WYOMING VENTURES, INC.                            PLAINTIFFS

              v.           Civil No. 11-5142

RICK SOPHIA
and SPARTA MOLDINGS, LLC                              DEFENDANTS

<u>JUDGMENT</u>

The above-captioned case came before this Court for a jury trial on May 20, 2013. The parties appeared personally and by and through their respective attorneys. A jury of twelve was selected, empaneled, and sworn according to the law to try the issues of fact in this case. The jury heard opening statements, testimony of witnesses, and closing arguments; was presented documentary evidence; and was instructed according to the law. The jury then retired to deliberate and returned with its verdict on May 25, 2013.

Based on the answers to interrogatories in the verdict, the Court finds that the jury awarded to plaintiffs $50,000 against Rick Sofia for damages caused by Sofia's conspiracy with Ken Ardrey to make a fraudulent misrepresentation and Sofia's conspiracy with Ken Ardrey to breach his fiduciary duties.

The Court further finds that the jury awarded to plaintiffs $200,000 against Sparta Moldings, LLC for damages caused by Sparta Moldings' conspiracy with Randy May and/or Pioneer Plastics to

breach the settlement agreement, Sparta Moldings' conspiracy with Ken Ardrey to make a fraudulent misrepresentation, and Sparta Moldings' conspiracy with Ken Ardrey to breach Ardrey's fiduciary duties.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiffs have judgment against Rick Sofia in the sum of Fifty Thousand Dollars ($50,000.00), together with interest from this date until paid at the rate of .14% per annum.

IT IS ALSO ORDERED, ADJUDGED AND DECREED that plaintiffs have judgment against Sparta Moldings, LLC in the sum of Two Hundred Thousand Dollars ($200,000.00), together with interest from this date until paid at the rate of .14% per annum.

IT IS SO ORDERED, this 11th day of June, 2013.

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE